MARTIN INSTITUTE *et al. v.* JEFFERSON BANKING COMPANY *et al.*

BECK, P. J. Under the decision in the case of *Jefferson Banking Co.* v. *Trustees of Martin Institute*, 146 *Ga.* 383, and the ruling made in the case of *Society of Methodist Episcopal Church* v. *Jefferson Banking Co.*, ante, the judgment excepted to in the instant case is affirmed.

*Judgment affirmed. All the Justices concur.*
No. 1153. JULY 19, 1919.

Description and counsel as in case next before.